IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK PEREZ, ) | |
|     ID # 1669682, ) | |
|         Plaintiff, ) | |
| vs. ) | No. 3:10-CV-2390-K |
| ) | |
| JOHN DOE, et al., ) | |
|         Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED.

SIGNED this 29th day of June, 2011.

*Ed Kinkeade*
_____
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**